---

## MEMORANDUM DECISIONS.

---

BENSON v. STATE. (Court of Criminal Appeals of Texas. March 8, 1911. Rehearing Denied April 19, 1911.) Appeal from Johnson County Court; J. B. Haynes, Judge. John Benson was convicted of crime, and he appeals. Affirmed. Phillips & Bledsoe, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. By complaint and information the appellant was charged to have unlawfully sold intoxicating liquors on July 4, 1910, in Johnson county, which county had theretofore properly voted for prohibition, and it had been so declared. He waived a jury and pleaded guilty. He was fined $50 and given 20 days in jail. There is no statement of facts or bill of exceptions. A motion for new trial was made, but the only ground thereof is because the verdict is contrary to the law and the evidence. The judgment is affirmed.

---

Ex parte FIFER. (Court of Criminal Appeals of Texas. March 29, 1911.) Appeal from District Court, Hansford County; F. P. Greever, Judge. P. P. Fifer appeals from a judgment denying bail on a habeas corpus trial. Judgment affirmed. Willis & Willis, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a judgment of the district court denying bail on a habeas corpus trial; the relator having been charged by complaint with murder. We have carefully considered the evidence in this case, and reached the conclusion that the judgment of the lower court denying bail is correct. The judgment of the lower court is therefore affirmed.

---

Ex parte ZABY. (Court of Criminal Appeals of Texas. March 29, 1911.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Joe Zaby appeals from a judgment denying bail on a habeas corpus trial. Judgment affirmed. Lively, Nelms & Adams, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Relator was indicted in the criminal district court of Dallas County, charged with murder in two cases. He sued out a writ of habeas corpus before the judge of that court, and on hearing the application was refused, and relator has brought the case on appeal to this court. A careful examination of the statement of facts fails to convince us that there is error in the ruling of the court in refusing bail, and it is therefore ordered that the judgment be, and the same is hereby, in all things affirmed.

---

ABEEL v. MUSE.† (Court of Civil Appeals of Texas. April 26, 1911.) Appeal from District Court, McLennan County; Marshall Surratt, Judge. Action by J. A. Muse against Alfred Abeel. From a judgment for plaintiff, defendant appeals. Affirmed. Sleeper, Boynton & Kendall, for appellant. W. L. Eason, for appellee.

KEY, J. This is a personal injury suit, and the second time that it has come to this court. A statement of the nature of the case will be found in the opinion of Mr. Justice Rice in 124 S. W. 430. At the last trial the plaintiff recovered, and the defendant has appealed. The only question presented for decision is the contention that the undisputed testimony shows that the accident which caused appellee's injury was a risk assumed by him as appellant's employé, and that for that reason the trial court should have given a requested instruction directing a verdict for appellant, and, not having done so, should have set the verdict aside and awarded a new trial. We have read and considered the testimony, and have reached a conclusion adverse to the contention referred to. Judgment affirmed.

---

PREWITT MERCANTILE CO. v. SAXONY MILLS. (Court of Civil Appeals of Texas. April 5, 1911.) Appeal from Williamson County Court; T. J. Lawhon, Judge. Action by the Saxony Mills against the Prewitt Mercantile Company. Judgment for plaintiff, and defendants appeal. Affirmed. W. A. Barlow, for appellants. H. S. Smith, for appellee.

KEY, C. J. The trial of this case resulted in a verdict and judgment for the plaintiff, and the defendants have appealed. The suit was upon a verified account, the items of which consisted of a car load of flour and meal sold by the plaintiff to the defendants. The defendants admitted in their answer, and one of them testified upon the stand, that they received the flour and meal specified in the account, and that they owed the balance sued for, unless they were entitled to a reduction on account of an alleged breach of warranty of the quality of the flour. That issue was fairly submitted to the jury by the court's charge, and the finding of the jury against the defendants thereon is supported by testimony. All the assignments presented in appellants' brief have been duly considered, and our conclusion is that no error has been shown, and the judgment should be affirmed; and it is so ordered. Affirmed.

† Writ of error denied by Supreme Court.